UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFAYETTE BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 14-cv-03034-VC<br><br>**ORDER RE FAILURE TO PROSECUTE** |

A case management conference was scheduled for today at 10:00 a.m. The plaintiff did not appear. A further case management conference is scheduled for Tuesday, October 21, 2014 at 10:00 a.m. in Courtroom 4. If lead counsel for the plaintiff does not appear in person, the case will be dismissed for failure to prosecute. If lead counsel for the plaintiff does appear, he should be prepared for the adoption of a case management schedule which culminates in a trial date in August 2015.

**IT IS SO ORDERED**.

Dated: October 7, 2014

_____
VINCE CHHABRIA
United States District Judge