UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFAYETTE BROWN,<br><br>   Plaintiff,<br><br>   v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>   Defendant. | Case No. 14-cv-03034-VC<br><br>**ORDER TO SHOW CAUSE AND ORDER COMPELLING DISCOVERY** |

Plaintiff Lafayette Brown is ordered to show cause for why the case should not be dismissed for failure to prosecute. Brown must file a brief, no longer than five pages, in response to this order to show cause. The brief is due on April 20, 2015, and a hearing on the order to show cause is scheduled for April 23, 2015 at 10 a.m.

Brown is also ordered to respond to State Farm's discovery and provide his initial disclosures within fifteen days of the date of this order. Further, Brown must submit to his deposition by no later than May 1, 2015.

**IT IS SO ORDERED.**

Dated: April 13, 2015

_____

VINCE CHHABRIA
United States District Judge