UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFAYETTE BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 14-cv-03034-VC<br><br>**ORDER OF DISMISSAL** |

The plaintiff having failed to respond to the order to show cause for why the case should not be dismissed for failure to prosecute, the case is hereby dismissed, with prejudice, for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 24, 2015

_____
VINCE CHHABRIA
United States District Judge